**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

LEON L. TAYLOR,

     Plaintiff,

v.                                  CASE NO. 5:19cv62-MCR-MJF

T. GRAY, et al.,

     Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 20, 2020.  ECF No. 30.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED under 28 U.S.C. §1915A(b)(1), for failure to

state a claim upon which relief can be granted.

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of June 2021.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 5:19cv62-MCR-MJF